To: Judge Magdeline C. Coleman

RE: Docket 16-18934

Hello, I am Chad Williams. My Chapter 13 case was dismissed on 9/21/17. I was unaware of this hearing. My attorney is no longer with the firm I used to file. I emailed him several times with documents and asking for a status to no avail. It wasn't until after I called did I learn that the case was dismissed and that my attorney was no longer there. I ask that you please reconsider your decision. I will pay whatever is past due immediately and not miss another payment. I am a single father and this Chapter 13 is absolutely necessary for me not only to keep my home but to help manage other debt so I am able to provide some stability for my family. I will do whatever is necessary on my end to never be in this position again.

Sincerely,

Chad Williams

SEP 29 2017