THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Chad Williams | : | |
| | : | |
| | : | BANKRUPTCY NO.: 16-18934 MDC |

## ORDER TO RECONSIDER DISMISSAL OF CASE

AND NOW, this 21st day of December, 2017, upon consideration of the Motion to Reconsider Dismissal of Case, and any responses thereto, and after notice and a hearing, it is

ORDERED and DECREED that the Motion is GRANTED and the Order Dismissing Debtor from Bankruptcy is hereby VACATED, subject to the following: (1) immediate payment of $2,000, (2) filing of all outstanding monthly operating reports through November 2017, (3) immediate delivery of the 2016 Federal tax returns.

Failure to comply with the conditions of the Order shall result in the immediate dismissal of the case.

BY THE COURT:

_Magdeline D. C_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

WILLIAM C. MILLER
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Chad Williams
1934 W Spencer Street
Philadelphia PA 19141