**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :    Chapter 13
                                                    :
**CHAD WILLIAMS**                                   :
                  Debtor                            :    Bankruptcy No. 16-18934

## ORDER

AND NOW, this 24th day of January, 2018, having considered the Certification of Default filed by the trustee and for failure to comply with the Court's Order dated December 21, 2017, it is hereby

    ORDERED that the instant case shall remain DISMISSED and the motion for reconsideration denied.

BY THE COURT

*Magdeline D. Coleman*
**Magdeline D. Coleman**
**BANKRUPTCY JUDGE**